DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>       Plaintiff,<br><br>vs.<br><br>VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; DANIEL FIELDS; VIA VINCI REVOCABLE TRUST; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>       Defendants. | Case No.: 2:16-cv-00748-JCM-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS DANIEL FIELDS AND VIA VINCI REVOCABLE TRUST BY PUBLICATION AND ORDER ENLARGING TIME FOR SERVICE OF PROCESS** |

The matter is before the court on plaintiff Bank of America's motion for order authorizing service of summons and complaint upon defendants Daniel Fields (**Fields**) and Via Vinci Revocable Trust (**Via Vinci**) by publication and order enlarging time for service of process.  [(ECF No. __].

Upon review of the pleadings, declarations and evidence presented, it appears to the satisfaction of the court, and the court finds, that:

(1) Plaintiff BANA has a valid cause of action against defendants Fields and Via Vinci;
(2) Defendants Fields and Via Vinci are necessary and proper parties;
(3) NRCP 4(e) provides for publication of the summons and complaint under the circumstances;
(4) The Nevada Legal News is a newspaper of general circulation published in Clark County, State of Nevada;
(5) BANA has diligently attempted to serve defendants Fields and Via Vinci within the State of Nevada;

{38583401;1}                                   1

(6) There is good cause to extend the time for service of the summons and complaint upon defendants Fields and Via Vinci for an additional sixty (60) days.

IT IS HEREBY ORDERED that the summons and complaint in this suit be served on defendants Fields and Via Vinci herein by publication thereof in the above-named newspaper and that the publication be made for a period of four (4) weeks and at least once per week;

IT IS FURTHER ORDERED that the time for service of the summons and complaint upon defendants Fields and Via Vinci is extended for an additional sixty (60) days through and including September 2, 2016.

DATED: July 1, 2016

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

{38583401;1}

2