DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; DANIEL FIELDS; VIA VINCI REVOCABLE TRUST; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>                    Defendants. | Case No.:  2:16-cv-00748-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Bank Of America, N.A., **BANA**  hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

///

///

///

///

///

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and TENESA S. SCATURRO, ESQ., receive all future notices.

Respectfully submitted, this 7th day of February, 2017.

                                      **AKERMAN LLP**

                                      /s/ *Tenesa S. Scaturro, Esq.*
                                      DARREN T. BRENNER, ESQ.
                                      Nevada Bar No. 8386
                                      TENESA S. SCATURRO, ESQ.
                                      Nevada Bar No. 12488
                                      1160 Town Center Drive, Suite 330
                                      Las Vegas, Nevada 89144

## COURT APPROVAL

IT IS SO ORDERED.

Date: February 8, 2017

                                      UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the this 7th day of February, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| Edward D Boyack<br>Colli McKiever<br>Boyack Orme & Taylor<br>401 N. Buffalo Drive<br>Suite #202<br>Las Vegas, NV 89145 | Shane D. Cox<br>Absolute Collection Services, LLC<br>8440 W Lake Mead Blvd., Ste 210<br>Las Vegas, NV 89128 |

*/s/ Renee Livingston*
An employee of AKERMAN LLP