UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00748-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION, et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(b)(5). The Discovery Plan and Scheduling Order (ECF No. 11) filed May 10, 2016, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than December 9, 2016, or 30 days after the decision of the dispositive motions. The Order (ECF No. 34) mooting defendant's motion for summary judgment was entered July 7, 2017. There are no other dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1.  Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 3, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE