DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; DANIEL FIELDS; VIA VINCI REVOCABLE TRUST; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00748-JCM-PAL <br><br> **JUDGMENT AGAINST DEFENDANT VIA VINCI REVOCABLE TRUST** |

In light of this Court's previous order granting plaintiff Bank of America, N.A.'s motion for default judgment against defendant Via Vinci Revocable Trust (**Via Vinci**) (ECF 39),

**IT IS ORDERED, ADJUDGED AND DECREED** that the real property commonly known as 1181 Via Vinci, Henderson, Nevada 89052 is encumbered by the deed of trust recorded against the property on July 29, 2011, as Instrument No. 201107290002421 (the **Deed of Trust**). The homeowner's association foreclosure sale that occurred on February 11, 2014, conducted by Village of Avellino Homeowners Association, as evidenced by the Foreclosure Deed recorded against the property on February 12, 2014 as Instrument No. 201402120002912, did not extinguish the Deed of Trust and Via Vinci's ownership interest in the property is subject to the Deed of Trust.

/ /

/ /

1

APN 177-34-411-137
44324427;3

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The property is more specifically described as:

> Parcel I:
>
> Lot 137 in Block 2 of Village of Avellino-Unit 1, as shown by map thereof on file in Book 130 of Plats, Page 99, in the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment recorded June 28, 2006 in Book 20060628 as Document No. 1790.
>
> Parcel II:
>
> An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

and more particularly identified in the official records of the Clark County Recorder as:

APN: **177-34-411-137**.

**IT IS FURTHER ORDERED** this Judgment does not adjudicate Bank of America's claims against, or the defenses of, any other party to this case.

Dated May 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*
**AKERMAN LLP**

/s/ *Tenesa S. Powell, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

2
APN 177-34-411-137
44324427;3