DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION; DANIEL FIELDS; VIA VINCI REVOCABLE TRUST; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00748-JCM-PAL <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO CLAIMS AGAINST VILLAGE OF AVELLINO HOMEOWNERS ASSOCIATION AND ABSOLUTE COLLECTION SERVICES, LLC** |

PLEASE TAKE NOTE Bank of America, N.A. (**BANA**), and Defendants Village of Avellino Homeowners Association (**HOA**) and Absolute Collection Services, LLC (**ABSOLUTE**), by and through their respective counsel of record, hereby stipulate and agree to dismiss without

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

45353754;1

prejudice this action pursuant NRCP 41(a)(1)(ii). Each party shall bear its own costs and fees.

DATED this 1st day of June, 2018.

| **AKERMAN LLP** | **BOYACKE ORME & ANTHONY** |
|---|---|
| /s/ *Tenesa S. Powell* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Colli McKiever* <br> COLLI CHRISTINE MCKIEVER, ESQ. <br> EDWARD D. BOYACK, ESQ. <br> 7432 Sahara Avenue, Suite 101 <br> Las Vegas, Nevada 89117 <br><br> *Attorneys for Village of Avellino Homeowners Association* |
| **ABSOLUTE COLLECTION SERVICES, LLC** <br><br> /s/ *Shane D. Cox* <br> SHANE D. COX, ESQ. <br> 8440 W. Lake Mead Blvd., Suite 210 <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Absolute Collection Services, LLC* | |

**IT IS SO ORDERED.**

Dated: June 6, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2

45353754;1